**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50298 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-00197-JLS |
| v. | |
| ROBERTO GAMBOA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted January 10, 2011[**]

Before:   BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Roberto Gamboa appeals from the 21-month sentence imposed following his

guilty-plea conviction for transportation of illegal aliens in violation of 8 U.S.C.

§ 1324(a)(1)(A)(ii).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Gamboa contends that the district court committed error by failing to evaluate the complete factual basis of his request for a minor role adjustment. This contention is belied by the record.

Gamboa also contends that the district court erred by failing to grant a minor-role adjustment. The district court did not err by denying the adjustment because Gamboa did not meet his burden of demonstrating by a preponderance of the evidence that he was substantially less culpable than his co-participants. *See United States v. Cantrell*, 433 F.3d 1269, 1282-83 (9th Cir. 2006).

**AFFIRMED.**